Scott L. Rogers, Esq.
Nevada Bar No. 13574
Jaclyn M. Kliewer, Esq.
Nevada Bar No. 14898
MESSNER REEVES LLP
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
Telephone:   (702) 363-5100
Facsimile:    (702) 363-5101
E-mail:  srogers@messner.com
            jkliewer@messner.com
*Attorneys for Defendants*
*Malco Enterprises of Nevada, Inc.*
*and Budget Rent A Car System, Inc.*

GRANT and reschedule for 8/11/2020

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SARA LLAMAS, individually,<br><br>　　　　　　　Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA; MALCO ENTERPRISES OF NEVADA, INC., a domestic corporation; BUDGET RENT A CAR SYSTEM, INC., a foreign corporation; UNITED STATES DEPARTMENT OF THE NAVY; DOES I-X; and ROE CORPORATIONS I-X,<br><br>　　　　　　　Defendants. | Case No.  2:18-cv-02202-RFB-DJA<br><br>**STIPULATION AND ORDER TO EXTEND SETTLEMENT CONFERENCE** |

COMES NOW, Defendant MALCO ENTERPRISES OF NEVADA, INC. ("Malco") and BUDGET RENT A CAR SYSTEM, INC., ("Budget") by and through their counsel of record, Scott L. Rogers, Esq. and Jaclyn M. Kliewer, Esq. of Messner Reeves LLP., Defendant UNITED STATES OF AMERICA and UNITED STATES DEPARTMENT OF THE NAVY (collectively "the United States") by and through their counsel of record, Nicholas A. Trutanich, Esq. and Brian Irvin, Esq. of the United States Attorneys' Office, and Plaintiff SARA LLAMAS ("Plaintiff"), by and through her counsel of record, Paul D. Powell, Esq and Justin Wilson, Esq. of the Powell Law firm, hereby

stipulate and request that this Court reschedule the settlement conference currently set for July 7, 2020 at 10:00 a.m..

This request is necessary as counsel for Defendant Malco has been ordered to appear for a hearing before the Las Vegas Justice Court, Case No. 20A000089; Dana Edwards v. Raquel Petovich on July 7, 2020. Additionally, Defendant Budget's representative with binding settlement authority is scheduled to be out of the jurisdiction on July 7, 2020 and will not return until July 15, 2020. As such, the parties respectfully request that the settlement conference be rescheduled to a time when a representative with binding authority to settle this matter can be present for the duration of the settlement conference.

The parties have conferred regarding their respective availability and propose that the settlement conference be reset to August 11, 2020 or sometime thereafter.

No previous continuance of the settlement conference has been requested. This stipulation and request is entered into in good faith and not for purposes of delay.

APPROVED AS TO FORM AND CONTENT.

Dated this 30th day of June, 2020.          Dated this 30th day of June, 2020.

**UNITED STATES ATTORNEY**                    **POWELL LAW FIRM**

By:   */s/ Brian W. Irin*              .       By:    */s/ Paul D. Powell*         .
    Brian W. Irvin, Esq.                            Paul D. Powell, Esq.
    501 Las Vegas Blvd. So., Ste. I100              Nevada Bar No. 7488
    Las Vegas, Nevada 89101                         Shane D. Cox, Esq.
    *Attorney for Defendants*                       Nevada Bar No. 13852
    *United States of America and*                  Justin Wilson, Esq.
    *United States Department of the Navy*          Nevada Bar No. 14646
                                                    6785 W. Russell Road. Suite 210
                                                    Las Vegas, Nevada 891 18
                                                    *Attorneys for Plaintiff*

**MESSNER REEVES LLP**

*/s/ Scott L. Rogers, Esq.*
Scott L. Rogers, Esq.
Nevada Bar No. 13574
8945 West Russell Road, Suite 300
Las Vegas, Nevada 89148
*Attorneys for Defendants*
*Malco Enterprises of Nevada, Inc.*
*and Budget Rent A Car System, Inc.*

## ORDER

**IT IS SO ORDERED**.  The Settlement Conference is hereby continued and reset for Tuesday, August 11, 2020 at 10:00 a.m. via video conference. The confidential briefs are due by **noon** on Tuesday, August 4, 2020.  All other provisions of the Court's Order (ECF No. 37) remain in effect.

DATED: July 2, 2020.

_____
UNITED STATES MAGISTRATE JUDGE