CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEVADA

| | |
|---|---|
| Sara Llamas, individually, | CASE NO. 2:18-cv-02202-RFB-DJA |
| Plaintiff, | |
| vs. | **Stipulation to Extend Deadline for Filing Joint Pretrial Order** |
| United States of America, *et al*. | |
| Defendants. | |

The parties, by their respective counsel, respectfully request that the Court enter a 30 day extension, or by November 15, 2021, for the parties to submit a proposed joint pretrial order.

This is motor vehicle accident case under the Federal Tort Claims Act ("FTCA"), 28 U.S.C. § 2671 *et seq*. Following a hearing on disposition motions, the Court ordered the parties to file a proposed joint prerial order by October 15, 2021. *See* ECF No. 55. Since that time, counsel for Plaintiff and counsel for the United States have engaged in settlement negotiations. The parties continue to discuss settlement and they are making progress toward a potential resolution. Accordingly, the parties request a 30-day extension of the pretrial order deadline, or by November 15, 2021, so that they can continue to pursue settlement discussions.

This request for an extension of time is not sought for any improper purpose or intended to delay the proceedings. Rather, it is sought by the parties to save time and resources while they attempt to resolve this matter.

Respectfully submitted this 12th day of October 2021.

| | |
|---|---|
| THE POWELL LAW FIRM | CHRISTOPHER CHIOU<br>Acting United States Attorney |
| /s/ Thomas Stewart<br>THOMAS STEWART<br><br>*Attorney for Plaintiff* | /s/ Brian Irvin<br>BRIAN IRVIN<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court

DATED this 12th day of October, 2021.