CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIAN W. IRVIN
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brian.Irvin@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEVADA

| | |
|---|---|
| Sara Llamas, individually, | CASE NO. 2:18-cv-02202-RFB-DJA |
| Plaintiff, | |
| vs. | **Notice of Settlement** |
| United States of America, *et al*. | |
| Defendants. | |

PLEASE TAKE NOTICE that the parties, through their respective counsel, have agreed to a settlement of this case. The parties anticipate that it may take several weeks for the parties to finalize the settlement documents and file a Stipulation and Order for Dismissal with this Court.

…

…

…

…

…

…

…

…

1 | Accordingly, counsel for the parties agree to use their best efforts to complete the settlement and file a stipulation for dismissal with prejudice within thirty (30) days.

Respectfully submitted this 17th day of November 2021.

THE POWELL LAW FIRM

/s/ Thomas Stewart
THOMAS STEWART

*Attorney for Plaintiff*

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Brian Irvin
BRIAN IRVIN
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
RICHARD E. BOULWARE, II
United States District Court
DATED this 17th day of November, 2021.