CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## THE DISTRICT OF NEVADA

| | |
|---|---|
| Sara Llamas, individually,<br><br>　　　　Plaintiff,<br>　vs.<br><br>United States of America, *et al.*<br><br>　　　　Defendants. | Case No. 2:18-cv-02202-RFB-DJA<br><br>**Motion to Appear, Substitute and Withdraw Attorney or Record** |

　　　　Defendant United States of America seeks to substitute Assistant United States Attorney Brianna Smith as the lead counsel for the United States of America in the place and stead of Assistant United States Brian W. Irvin.

　　　　The United States respectfully requests the Clerk of the Court to withdraw Assistant United States Attorney Brian W. Irvin as counsel of record because he will no longer be with the United States Attorney's Office, District of Nevada, and should be terminated from further notification from the Court's CM/ECF system.

…

…

…

Hereinafter, all parties to the above-referenced case should notify undersigned counsel of any action in this case.

Respectfully submitted this 27th day of December 2021.

                                            CHRISTOPHER CHIOU
                                            Assistant United States Attorney

                                            */s/ Brianna Smith*
                                            BRIANNA SMITH
                                            Assistant United States Attorney

**IT IS SO ORDERED.**

DATED: December 28, 2021

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE