CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853
BRIANNA SMITH
Assistant United States Attorney
Nevada Bar No. 11795
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Brianna.Smith@usdoj.gov
*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# THE DISTRICT OF NEVADA

| | |
|---|---|
| Sara Llamas, individually,<br><br>        Plaintiff,<br>    vs.<br><br>United States of America, *et al*.<br><br>        Defendants. | Case No. 2:18-cv-02202-RFB-DJA<br><br><br>**Stipulation to Dismiss Case** |

It is hereby stipulated by and between the Plaintiff Sara Llamas and Defendants that this lawsuit be dismissed, with prejudice, with each party to bear their own fees and costs.

Dated this 15th day of February, 2022.

THE POWELL LAW FIRM

/s/ Thomas Stewart
THOMAS STEWART, ESQ.
*Attorneys for Plaintiff*

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ Brianna Smith
BRIANNA SMITH
Assistant United States Attorney
*Attorneys for the United States*


**IT IS SO ORDERED:**


**DATED this** 16th **day of February, 2022.**


_____
RICHARD F. BOULWARE, II
United States District Court